JS-6

MICHELLE UZETA, SBN 164402
DANNY Y. YOO, SBN 251574
dyoo@hrc-la.org
HOUSING RIGHTS CENTER
Attorneys for Plaintiff
520 S. Virgil Avenue, Suite 400
Los Angeles, CA 90020
Tel: (213) 387-8400 ext. 34
Fax: (213) 381-8555

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITA ORANTES, an individual; and LUIS LOPEZ, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>MARIO ALVARENGA, an individual; and GUADALUPE MARTINEZ, an individual;<br><br>Defendants. | CASE NO. 10-1041-RGK-(AJWx)<br><br>[PROPOSED] ORDER FOR DISMISSAL<br><br>IT IS SO ORDERED<br>Dated 05.27.10<br><br>_____<br>United States District Judge |

The parties have entered into a stipulation for dismissal of the above-captioned case with prejudice. The Court, having reviewed the stipulation and finding good cause for such an order of dismissal, hereby orders the above-captioned action is dismissed with prejudice.

IT IS SO ORDERED.